**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

**CIVIL ACTION NO. 1:10cv0469 (WOB-MRM)**

**JAYSEN BELL**                                                    **PETITIONER**

VS.                              **ORDER**

**ROBIN KNAB, Warden,**
**Chillicothe Correctional**
**Institution**                                                **RESPONDENT**

This matter is before the Court on the Report and Recommendation (Doc. #16) and the Supplemental Report and Recommendation (Doc. #18) of the Magistrate Judge, and having considered de novo those objections filed thereto by petitioner (Docs. #17 19), and the court being sufficiently advised,

**IT IS ORDERED** that petitioner's objections be, and they hereby are, **overruled**; that the Report and Supplemental Report and Recommendations be, and they hereby are, **adopted** as the findings of fact and conclusions of law of this Court; that the petition for writ of habeas corpus be, and it hereby is, **denied**; that this matter be **dismissed**, with prejudice, and **stricken** from the docket of this court. A separate Judgment shall enter concurrently herewith.

**IT IS FURTHER ORDERED** that, in light of the reasons stated in the Report and Supplemental Report of the Magistrate Judge,

there would be no arguable merit for an appeal in this matter and, therefore, an appeal would not be taken in "good faith" within the meaning of Section 1915(a), and no Certificate of Appealability shall issue herein.

This 5th day of January, 2012.



Signed By:
William O. Bertelsman  WOB
United States District Judge