UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

CIVIL ACTION NO. 1:10cv0469 (WOB-MRM)

JAYSEN BELL                                             PETITIONER

VS.                          JUDGMENT

ROBIN KNAB, Warden,
Chillicothe Correctional
Institution                                             RESPONDENT

Pursuant to the Order entered concurrently herewith, the Court being advised,

**IT IS ORDERED AND ADJUDGED** that the within action be, and it hereby is, **dismissed**, with prejudice, and **stricken** from the docket of this Court.

This 5th day of January, 2012.

Signed By:
William O. Bertelsman  WOB
United States District Judge

3